IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| DAMARI CHAVEZ DE VASQUEZ, | * |
| Petitioner, | * |
| v. | * |
| KRISTI NOEM ET AL., | *   Civil No. 25-3657-SAG |
| Respondents. | * |

## **ORDER**

For the reasons stated on the record during today's telephonic hearing, it is hereby **ORDERED** that the emergency motion for a temporary restraining order, ECF 2, is DENIED WITHOUT PREJUDICE in view of the Court's finding that the record before the Court at the hearing demonstrates that Petitioner is entitled to seek a bond hearing and that her detention is discretionary pursuant to 8 U.S.C. § 1226, this order is without prejudice to Petitioner's entitlement to seek a bond hearing before an Immigration Judge and to pursue subsequent relief as she sees fit.

Judge Gallagher's chambers will contact the parties next week about further proceedings in this case.

Dated: November 7, 2025

/s/
Brendan A. Hurson
United States District Judge