IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| DAMARI CHAVEZ DE VASQUEZ, | * | |
| Petitioner, | * | |
| v. | * | Case No. 8:25-cv-03657-SAG |
| KRISTI NOEM, *et al.*, | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

APPROVED

/s/   November 13, 2025
The Honorable Stephanie A. Gallagher
United States District Judge

## JOINT STATUS REPORT

Petitioner, Damari Chavez de Vasquez, and Respondents, United States Department of Homeland Security Secretary Kristi Noem, United States Immigration and Customs Enforcement ("ICE") Acting Director Todd Lyons, and ICE Baltimore Field Office Acting Director Nikita Baker, by and through their respective undersigned counsel, submit this Joint Status Report and state:

On November 6, 2025, Petitioner initiated this action and filed an Emergency Motion for a Temporary Restraining Order. ECF Nos. 1, 2. On November 7, 2025, the Court (Hurson, J.) held a telephonic motion/status hearing on the Emergency Motion for a Temporary Restraining Order and subsequently denied the motion without prejudice "in view of the Court's finding that the record before the Court at the hearing demonstrates that Petitioner is entitled to seek a bond hearing and that her detention is discretionary pursuant to 8 U.S.C. § 1226." ECF No. 7.

On November 10, 2025, the parties met and conferred concerning the status of the case and a potential briefing schedule in this matter. Petitioner anticipates filing a request for a bond hearing with the Immigration Court promptly this week. Because the grant of a bond hearing may moot

this case, the parties have agreed to wait until Friday, November 14, 2025, to see whether Petitioner is granted a bond hearing in the Immigration Court before taking further action in this case. The parties, therefore, propose that they meet and confer again by week's end and provide another status report to the Court on Friday, November 14, 2025. If appropriate, the parties will also include a proposed briefing schedule in the next status report.

Dated: November 12, 2025

                              Respectfully submitted,

| | |
|---|---|
|  /s/ Ronald D. Richey  | Kelly O. Hayes |
| Ronald D. Richey, Esq. | United States Attorney |
| MD Bar# 0906240005 | |
| Law Office of Ronald D. Richey | By:   /s/ Megan L. Micco  |
| 19785 Crystal Rock Dr., Ste. 307 | Megan L. Micco (Bar No. 20936) |
| Germantown, MD 20874 | Assistant United States Attorney |
| T: (301) 738-2338 | U.S. Attorney's Office, District of Maryland |
| info@immigrationlawrichey.com | 36 S. Charles Street, Suite 400 |
| | Baltimore, Maryland 21201 |
| *Counsel for Petitioner* | Telephone: (410) 209-4800 |
| | Megan.Micco@usdoj.gov |
| | |
| | *Counsel for Respondents* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of November, 2025, a copy of the foregoing Joint Status Report was served electronically on all parties and counsel receiving service via CM/ECF in this case.

                                                           /s/ Megan L. Micco
                                                         Megan L. Micco (Bar No. 20936)
                                                         Assistant United States Attorney