IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **DAMARI CHAVEZ DE VASQUEZ,** | * |
| Petitioner, | * |
| v. | *  Civil Case No.: SAG-25-03657 |
| **NIKITA BAKER,** *et al.*, | * |
| Respondents. | * |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that the government's motion to dismiss the Petition, ECF 14, is GRANTED. The Amended Petition, ECF 13, is DISMISSED WITHOUT PREJUDICE to Petitioner's refiling of a later petition for the same or similar relief. The Clerk is directed to CLOSE this case.

Date: December 23, 2025

/s/
Stephanie A. Gallagher
United States District Judge